YM

FILED
MARCH 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENERAL KINEMATICS CORPORATION, AN ILLINOIS CORPORATION, | )<br>)<br>) |
| Plaintiff, | ) Case No.<br>)<br>) Judge: |
| v. | )<br>) |
| CARRIER VIBRATING EQUIPMENT, INC., A KENTUCKY CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |

**08 C 1264**

**JUDGE COAR**
**MAGISTRATE JUDGE SCHENKIER**

### NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff General Kinematics Corporation ("Kinematics") hereby states that Kinematics has no parent corporation and that no publicly held corporation owns more than 5% of Kinematics' stock.

Dated: March 3, 2008

GENERAL KINEMATICS CORPORATION

s/Thomas I. Ross_____
Thomas I. Ross
Paul B. Stephens
Margaret Begalle
Vishal A. Sahni
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

Attorneys for Plaintiff