**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| General Kinematics Corporation | ) | |
| | ) | Civil Action No.: 08-C-1264 |
| Plaintiff, | ) | |
| | ) | Judge:  Hon. David H. Coar |
| v. | ) | |
| | ) | Magistrate-Judge Schenkier |
| Carrier Vibrating Equipment, Inc. | ) | |
| | ) | |
| Defendant | ) | |

**COPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2, Named Defendant Carrier Vibrating

Equipment, Inc. ("Carrier"), by counsel, states that Carrier has no parent corporation and that no

publicly held corporation owns more than five percent (5 %) of Carrier's stock.

Date:  March 14, 2008

    s/ James R. Higgins, Jr._____
James R. Higgins, Jr.  (KY Bar No. 31790)
(*Pro Hac Vice* Motion tendered herewith)
MIDDLETON REUTLINGER, PSC
2500 Brown & Williamson Tower
401 South Fourth Avenue
Louisville, KY 40202-3410
Phone:  (502) 584-1135
Facsimile:  (502) 561-0442 (fax)
Email:  *jhiggins@middreut.com*


 s/ J. Aron Carnahan_____
Hartwell P. Morse, III (Ill. 6199527)
J. Aron Carnahan (Ill. 6242642)
WELSH & KATZ, LTD.
120 South Riverside – 22d Floor
Chicago IL 60606
Phone:  (312) 655-1500
Facsimile:  (312) 655-1501
E-mail address: *hpmorse@welshkatz.com*
E-mail: *jacarnahan@welshkatz.com*

Counsel for Defendant
Carrier Vibrating Equipment, Inc.