IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL KINEMATICS CORPORATION | Civil Action No. 08-C-1264 |
| Plaintiffs, | Judge:  Hon. David H. Coar |
| v. | Magistrate Judge Schenkier |
| CARRIER VIBRATING EQUIPMENT, INC. | |
| Defendant. | |

### NOTICE OF MOTION

To:
Thomas I. Ross
Paul B. Stephens
Margaret Begalle
Vishal A. Sahni
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357

**PLEASE TAKE NOTICE** that we will appear before the Honorable Judge David H. Coar, United States District Court Judge, United States District Courthouse, 219 South Dearborn, Chicago, Illinois, in the courtroom usually occupied by him, at 9:00 a.m. or as soon thereafter as counsel may be heard on the 19th day of March, 2008 and there and then present Defendant's Motion For Expedited Discovery To Confirm (Or Deny) Existence Of Subject Matter Jurisdiction, a copy of which is served on you herewith.

Dated:  March 14, 2008

/s/ J. Aron Carnahan
Hartwell P. Morse, III (Ill. 6199527)
J. Aron Carnahan (Ill. 6242642)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

James R. Higgins, Jr. (*Pro Hac Vice submitted*)
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville, Kentucky 40202
Tel: (502) 584-1135
Fax: (502) 561-0442

Counsel for Defendant
Carrier Vibrating Equiptment, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Motion, as well as a copy of Defendant's Motion For Expedited Discovery To Confirm (Or Deny) Existence Of Subject Matter Jurisdiction has been served this 14th day of March 2008 via ECF on the following:

Thomas I. Ross
Paul B. Stephens
Margaret Begalle
Vishal A. Sahni
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Email: *tross@marshallip.com*
Email: *pstephens@marshallip.com*
Email: *mbegalle@marshallip.com*
Email: *vsahni@marshallip.com*

/s J. Aron Carnahan
Counsel for Defendant

2