AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

General Kinematics Corporation,
an Illinois corporation,

CASE NUMBER: 08cv1264

V.

ASSIGNED JUDGE: Coar

Carrier Vibrating Equipment, Inc.,
a Kentucky corporation.

DESIGNATED
MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Carrier Vibrating Equipment, Inc.
c/o Brian M. Trudel, President
3400 Fern Valley Road
Louisville, KY 40213
Ph. 502-969-3171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas I. Ross
Marshall, Gerstein, & Borun, LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, Illinois 60606
Ph. 312-474-6300

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

March 4, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | March 19, 2008 |
| NAME OF SERVER *(PRINT)*　　Thomas I. Ross | TITLE　　Counsel for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): <u>Personally served upon James R. Higgins, Esq., counsel</u> <u>for Defendant, at below address of server on March 19, 2008,</u> <u>subject to Proposed Order re due date for response to Complaint</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　March 19, 2008　　　　　*[signature]*
　　　　　　　Date　　　　　　　　　　Signature of Server

*Address of Server*
Marshall, Gerstein & Borun LLP
233 S. Wacker Dr., 6300 Sears Tower
Chicago, IL  60606

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.