Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1264 | **DATE** | 3/19/2008 |
| **CASE TITLE** | General Kinematics vs. Carrier Vibrating | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 3/19/2008 regarding # 11. Motion [11] for expedited discovery to confirm (or deny) existence of subject matter jurisdiction is granted. ENTER ORDER

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|