

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| General Kinematics Corporation | ) | |
| | ) | Civil Action No. 08 C 1264 |
| Plaintiff, | ) | |
| v. | ) | Judge: Hon. David H. Coar |
| | ) | |
| Carrier Vibrating Equipment, Inc. | ) | Magistrate-Judge Schenkier |
| | ) | |
| Defendant | ) | |

**ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY
TO CONFIRM (OR DENY) EXISTENCE OF SUBJECT MATTER JURISDICTION**

On motion of named Defendant Carrier Vibrating Equipment, Inc. ("Carrier"), appearing specially and not generally, for an Order granting Carrier leave to conduct limited and expedited discovery to confirm (or deny) the existence of subject matter jurisdiction of this Court, and the Court having considered the motion and any response thereto by Plaintiff General Kinematics Corporation ("General Kinematics"), and the Court having conducted a hearing on the motion and there appearing good cause to grant the motion, and being sufficiently advised,

It is HEREBY ORDERED AND ADJUDGED that:

1. The motion of Carrier is SUSTAINED, and General Kinematics shall deliver to Carrier either (1) a physical production example or (2) a complete set of engineering drawings of its VARIO-DRIVE shakeout conveyor system within 15 days of this Order, for the purpose of Carrier examining said device or drawings to determine if it infringes any claim of U.S. Patent No. 5,615,763 ("the '763 Patent");

2. The delivery and examination of the item(s) pursuant to Paragraph 1, above, shall

be under the terms and conditions of a Stipulated Protective Order to be entered into between the parties substantively similar to the [Proposed] Stipulated Protective Order tendered as Exhibit E to Carrier's motion;

3. Carrier's Steven Childress may participate in the examination of the physical VARIO-DRIVE or the engineering drawings pertaining to said VARIO-DRIVE as requested in Carrier's motion and as set forth in Exhibit E; and

4. Carrier shall not be required to Answer or otherwise plead in response to the Complaint of General Kinematics until 20 days after it completes the examination and determination set forth in Paragraph 1, above.

So ORDERED this 19th day of March, 2008.

_____
Judge, U.S. District Court

Tendered By:

/s/ Hartwell P. Morse, III
_____
Hartwell P. Morse, III (Ill. 6199527)
J. Aron Carnahan (Ill. 6242642)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500


James R. Higgins, Jr. (*Pro Hac Vice submitted*)
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville, Kentucky 40202
Tel: (502) 584-1135
Fax: (502) 561-0442

Counsel for Defendant
Carrier Vibrating Equipment, Inc.