Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1264 | **DATE** | 3/19/2008 |
| **CASE TITLE** | General Kinematics vs. Carrier Vibrating | | |

**DOCKET ENTRY TEXT**

The parties are advised to adhere and follow Local Rule 5.8 when filing documents under seal pursuant to this restricting/ protective order. Further, Local Rule 26.2 (and in particular 26.2(e)) shall apply unless otherwise ordered by this Court. Absent a motion from a party, sealed documents will be placed in the public record after closing of the case as stated in L.R. 26.2(e). Enter Stipulated Protective Order

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|