**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

General Kinematics Corporation
          Plaintiff,

v.                    Case No.: 1:08−cv−01264
                   Honorable David H. Coar

Carrier Vibrating Equipment, Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

  MINUTE entry before the Honorable David H. Coar:Status hearing held on 5/21/2008.. Report of Parties Planning Conference pursuant to Rule 26(f) and the Proposed Scheduling Order pursuant to Rule 16(b) to be e−filed by 6/6/20008 (both documents to be e−filed on the docket − forms of Report of Planning conference and Proposed Scheduling Order are available on the Courts web page or in chambers). Upon receipt of the report and order, the Court will enter the schedule without any appearance by counsel.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.