# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GENERAL KINEMATICS CORPORATION, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) Case No. 08-CV-1264 ) |
| v. | ) Judge David H. Coar ) |
| CARRIER VIBRATING EQUIPMENT, INC., a Kentucky corporation, | ) Magistrate Judge Schenkier ) ) |
| Defendant. | ) ) |

## SUBMISSION OF PARTIES' PROPOSED SCHEDULING ORDER (PATENT CASES)

Pursuant to this Court's Order dated May 21, 2008, the parties have agreed to and propose for entry by the Court the attached Scheduling Order.

Respectfully submitted,

Dated: June 6, 2008

/s/ Thomas I. Ross
Thomas I. Ross
(tross@marshallip.com)
Paul B. Stephens
(pstephens@marshallip.com)
Margaret L. Begalle
(mbegalle@marshallip.com)
Vishal A. Sahni
(vsahni@marshallip.com)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

*Attorneys for Plaintiff,*
*General Kinematics Corp.*

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2008, I caused a true and correct copy of the foregoing SUBMISSION OF PARTIES' PROPOSED SCHEDULING ORDER (PATENT CASES) to be filed and served upon all counsel using the Court's CM/ECF system.

                                                s/Thomas I. Ross
                                                 Thomas I. Ross