UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

General Kinematics Corporation
                              Plaintiff,

v.                                                  Case No.: 1:08–cv–01264
                                                  Honorable David H. Coar

Carrier Vibrating Equipment, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable David H. Coar:The parties having filed the Report and Proposed Order and per the order date 5/21/2008, the Court enters the following schedule: All disclosures required by Rule 26(a)(1) shall be made on or before 6/20/2008. Any amendments to pleadings or actions to join other parties shall be filed on or before 12/1/2008. Claim Construction and Invalidity: The patent holder shall disclose asserted claims and infringement contentions by 10/1/2008. The accused infringer shall disclose any invalidity contentions by 12/1/2008. Both parties shall exchange their respective versions of proposed terms and claim elements for construction in the form of jury instructions by 12/8/2008. Both parties shall disclose any extrinsic evidence in support of their respective claim constructions by 12/31/2008, including dictionary definitions. Any modification to the proposed terms and claim elements for constructions shall be filed by 1/14/2009. Both parties shall file their memoranda in support of their respective versions of claim construction along with any exhibits to be offered during the Markman hearing and a list of witnesses who will be called to testify at the hearing by 2/15/2009. Both parties may file any responsive memoranda in support of their respective versions of claim construction with any exhibits to be offered during the Markman hearing by 3/15/2009. Markman Hearing set for 3/30/2009 at 10:00 a.m. Discovery ordered closed by 6/30/2009. The parties shall disclose any other expert testimony pursuant to Rule 26(a)(2) on or before 7/15/2009. The parties may depose the other side' s expert at any time prior to 8/1/2009. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 8/15/2009. The parties may depose the opposing party's rebuttal expert by 9/1/2009. Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). All discovery disputes and all discovery motions are referred to the Magistrate Judge. Dispositive motions with supporting memoranda due by 7/31/2009.(all motions are to be in accordance to and noticed for a date certain pursuant to Local Rule 5.3(b)). Final Pretrial Order due by 9/9/2009. Final Pretrial Conference set for 10/2/2009 at 11:00 AM. Jury Trial set for 10/19/2009 at 10:00 AM. The parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.