UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

General Kinematics Corporation
                          Plaintiff,

v.                                                Case No.: 1:08–cv–01264
                                                        Honorable David H. Coar

Carrier Vibrating Equipment, Inc.
                          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: all discovery motions and all discovery disputes.(pm, )Mailed notice.

Dated: July 2, 2008

                                                                /s/ David H. Coar

                                                       United States District Judge