UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

General Kinematics Corporation
                            Plaintiff,

v.                                          Case No.: 1:08−cv−01264
                                              Honorable David H. Coar

Carrier Vibrating Equipment, Inc.
                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Pursuant to Judge Schenkier being on sabbatical at the time of this referral, the referral is hereby terminated. (mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.