# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1264 | **DATE** | 8/1/2008 |
| **CASE TITLE** |  | General Kinematics Corporation vs. Carrier Vibrating Equipment, Inc. | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/03/08 at 9:00 a.m. Parties report discovery is in progress.

Notices mailed by Judicial staff.

00:04

| | Courtroom Deputy Initials: | LXS |
|---|---|---|