# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1264 | **DATE** | 8/6/2008 |
| **CASE TITLE** | GENERAL KINEMATICS v. CARRIER VIBRATING EQUIPMENT | | |

**DOCKET ENTRY TEXT**

Motion of James E. Milliman to appear pro hac vice on behalf of defendant, Carrier Vibrating Euipment [33] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|