UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL KINEMATICS CORPORATION, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-CV-1264 |
| v. | ) ) | Judge David H. Coar |
| CARRIER VIBRATING EQUIPMENT, INC., a Kentucky corporation, | ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendant. | ) ) | |

## **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff General Kinematics Corporation and Defendant Carrier Vibrating Equipment, Inc. entered a Settlement Agreement on September 4, 2009 and pursuant thereto move the Court for entry of the Consent Judgment attached hereto.

Dated: September 10, 2009                             Respectfully submitted,

s/ Thomas I. Ross
Thomas I. Ross (IL 3125527)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, Suite 6300
Chicago, IL 60606-6357
T: (312) 474-6300
E: tross@marshallip.com

*Attorneys for Plaintiff General Kinematics Corporation*

s/ James R. Higgins
James R. Higgins
MIDDLETON REUTLINGER, P.S.C.
2500 Brown & Williamson Tower
401 South Fourther Avenue
Louisville, KY 40202
T: (502) 584-1135
E: jhiggins@middreut.com

*Attorney for Defendant Carrier Vibrating Equipment, Inc.*